**E-FILED on** 3/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES FOR THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>E.T. ELECTRIC, INC.,<br><br>Defendant. | No. C-05-00306 RMW<br><br>ORDER TO SHOW CAUSE |

On January 21, 2005, plaintiffs filed a complaint seeking allegedly delinquent payments to certain funds under a collective bargaining agreement to which defendant E.T. Electric, Inc. is allegedly a party. On June 7, 2005, upon plaintiffs' motion, the clerk entered default. Since default was entered, there has been no action by plaintiffs in the above-captioned case. Over two years have elapsed since any substantive action has taken place in this case, therefore,

IT IS HEREBY ORDERED that plaintiffs file a written response by March 21, 2008 showing cause why this case should not be dismissed for failure to diligently prosecute.

ORDER TO SHOW CAUSE—No. C-05-00306 RMW
MAG

If plaintiffs fail to comply with this order or fail to show good reason for their failure to diligently prosecute, the case will be dismissed.

DATED: 3/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Sue Campbell                    suecampbell@att.net

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/7/08                                         /s/ MAG
                                                            **Chambers of Judge Whyte**