**E-FILED on**   3/31/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES FOR THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>E.T. ELECTRIC, INC.,<br><br>    Defendant. | No. C-05-00306 RMW<br><br><br><br>ORDER DISMISSING CASE |

On March 7, 2008, the court issued an order to show cause why the above-captioned case should not be dismissed for failure to diligently prosecute. In response, on March 10, 2008, plaintiffs filed a motion to dismiss the action without prejudice, stating that defendant has paid all monies requested in the complaint through November 30, 2004.

Pursuant to plaintiffs' motion, the court dismisses the complaint without prejudice. The clerk shall close the file.

DATED:     3/31/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-05-00306 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Sue Campbell          suecampbell@att.net

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/31/08                              /s/ MAG
                                         **Chambers of Judge Whyte**